UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:23-cr-0020 |
| Plaintiff, | : | |
| | : | JUDGE MICHAEL J. NEWMAN |
| v. | : | |
| | : | INDICTMENT |
| ROBERT HOLMES and | : | |
| | : | 18 U.S.C. § 924(c) |
| JAMEL WILLIAMS, | : | 21 U.S.C. § 841(a)(1) |
| | : | 21 U.S.C. § 841(b)(1)(A) |
| Defendants. | : | 21 U.S.C. § 841(b)(1)(B) |
| | : | 21 U.S.C. § 846 |
| | : | 21 U.S.C. § 860 |

**FORFEITURE ALLEGATIONS**

**THE GRAND JURY CHARGES**:

**COUNT 1**
**(Conspiracy to Commit a Title 21 Offense)**

Between a beginning date unknown, but at least by in or around October 2021, and in or around September 2022, in the Southern District of Ohio and elsewhere, defendants **ROBERT HOLMES, JAMEL WILLIAMS,** and others known and unknown to the Grand Jury, knowingly and intentionally conspired to possess with intent to distribute and to distribute:

a. 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], a Schedule II controlled substance; and

b. 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance;

in violation of Title 21, United States Code, Section 841(a)(1).

**All in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A), and 841(b)(1)(B).**

## COUNT 2
### (Possession with Intent to Distribute within 1,000 Feet of a School)

On or about September 27, 2022, in the Southern District of Ohio, defendants **ROBERT HOLMES** and **JAMEL WILLIAMS** knowingly and intentionally possessed with the intent to distribute:

a. 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], a Schedule II controlled substance; and

b. 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance;

within 1,000 feet of the real property comprising Fulton Elementary School, a public elementary school.

**All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B).**

## COUNT 3
### (Possession of a Firearm in Furtherance of Serious Drug Offense)

On or about September 27, 2022, in the Southern District of Ohio, defendants **ROBERT HOLMES** and **JAMEL WILLIAMS** knowingly possessed firearms in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, namely: conspiracy to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as alleged in Count One of the Indictment.

**In violation of Title 18, United States Code, Section 924(c), and *Pinkerton v. United States*, 328 U.S. 640 (1946).**

## COUNT 4
### (Possession of a Firearm in Furtherance of Serious Drug Offense)

On or about September 27, 2022, in the Southern District of Ohio, defendants **ROBERT HOLMES** and **JAMEL WILLIAMS** knowingly possessed firearms in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, namely: to possess with intent to distribute controlled substances within 1,000 feet of a public elementary school, in violation of Title 21, United States Code, Sections 860 and 841(a)(1), as alleged in Count Two of the Indictment.

**In violation of Title 18, United States Code, Section 924(c), and *Pinkerton v. United States*, 328 U.S. 640 (1946).**

## FORFEITURE ALLEGATION 1

Upon conviction of one or more of the offenses set forth in Counts 1 through 2 of this Indictment, defendants **ROBERT HOLMES** and **JAMEL WILLIAMS** shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s).

## FORFEITURE ALLEGATION 2

Upon conviction of one or more of the offenses set forth in Counts 1 through 4 of this Indictment, defendants **ROBERT HOLMES** and **JAMEL WILLIAMS** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s).

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) or as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendants, up to the value of the property described above.

A TRUE BILL

_____
GRAND JURY FOREPERSON

KENNETH L. PARKER
UNITED STATES ATTORNEY

_____
KELLY K. ROSSI
ASSISTANT UNITED STATES ATTORNEY